**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

**V.**

**BRENT WADE FITZGERALD, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

The Court has before it appellant's March 12, 2013 motion to receive court record. The clerk's record in this case was filed on February 14, 2013, so the motion is **DENIED** as moot. Appellant may come to the clerk's office to request a copy of the clerk's record. The Court also has before it appellant's March 12, 2013 motion to receive refund of filing fee. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to refund $185.00 to appellant via check.

/s/    ELIZABETH LANG-MIERS
            JUSTICE